IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA OLSON, et al., | No. CIV S-11-2249-KJM-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| ACCREDITED HOME LENDERS, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding pro se, bring this civil action. Pending before the court is defendant Penny Mac Home Loan Services;'motion to dismiss (Doc. 4). No opposition to the pending motion has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for October 19, 2011, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

DATED: October 18, 2011

　　　　　　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE