IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA OLSON, et al., | No. CIV S-11-2249-KJM-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| ACCREDITED HOME LENDERS, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding pro se, bring this civil action. Pending before the court is defendant Penny Mac Home Loan Services' motion to dismiss (Doc. 4), which has been submitted on the record. The scheduling conference set for January 12, 2012, is vacated pending resolution of the motion to dismiss, which will be addressed by separate findings and recommendations.

IT IS SO ORDERED.

DATED: January 6, 2012

　　　　　　　　　　　　　　　　　　　　　　　/s/ Craig M. Kellison
　　　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE